744 A.2d 1286

Terry L. NEWBEGIN

v.

John A. SOTOMAYOR, Jane Sotomayor, Mark J. Sotomayor,
Terry Koontz, Ronald Hellen, Geri Martin and Jay
Automotive Specialties, Inc.

Appeal of John A. Sotomayor and Jay
Automotive Specialties, Inc.

Terry L. Newbegin

v.

John A. Sotomayor, Jane Sotomayor and
Jay Automotive Specialties, Inc.

Appeal of John A. Sotomayor and Jay
Automotive Specialties, Inc.

Terry L. Newbegin

v.

John A. Sotomayor and Jay Automotive Specialties, Inc.

Appeal of John A. Sotomayor and Jay
Automotive Specialties, Inc.

Supreme Court of Pennsylvania.

Feb. 18, 2000.

Brian T. Must, Pittsburgh, for John A. Sotomayor and Jay Automotive.

Don A. Gerred, Johnstown, for Terry L. Newbegin.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM:

**AND NOW**, this 18 [th] day of February, 2000, the appeals are dismissed as having been improvidently granted.

744 A.2d 1286

**SOUTHWESTERN AMBULATORY SURGERY CENTER, Petitioner,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

Supreme Court of Pennsylvania.

Feb. 18, 2000.

James A. Ashton, Pittsburgh, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 18 [th] day of February, 2000, the Petition for Allowance of Appeal is hereby **GRANTED,** as to the following issue:

1. Whether a claimant, who declines to follow an employer's policy regarding training, and subsequently suffers a reduction in hours as a result of that decision, was unavailable for work or her partial unemployment vol-